No. 135, Misc.   FLETCHER *v.* MARONEY, CORRECTIONAL SUPERINTENDENT.   C. A. 3d Cir.   Certiorari denied.

No. 137, Misc.   BURNS *v.* TURNER, WARDEN.   C. A. 10th Cir.   Certiorari denied.

No. 139, Misc.   EVANS *v.* COUNTY OF DELAWARE, PENNSYLVANIA.   C. A. 3d Cir.   Certiorari denied.

No. 142, Misc.   DAVIS *v.* HARPER, CORRECTION COMMISSIONER.   C. A. 6th Cir.   Certiorari denied.

No. 146, Misc.   CLARK *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied. *Solicitor General Griswold* for the United States.

No. 148, Misc.   MANNI *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 150, Misc.   RUCKER *v.* CITY OF FLINT ET AL. C. A. 6th Cir.   Certiorari denied.

No. 151, Misc.   BOONE *v.* MARYLAND.   C. A. 4th Cir. Certiorari denied.

No. 152, Misc.   MINIARD *v.* LEWIS ET AL., TRUSTEES. C. A. D. C. Cir.   Certiorari denied. *Julian H. Singman* for petitioner. *Welly K. Hopkins, Harold H. Bacon,* and *Joseph T. McFadden* for respondents.

No. 155, Misc.   GUTKOWSKY *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.